4/3/2019 12:57 PM
19CV09834

# IN THE CIRCUIT COURT FOR THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JOSEPH BRINKMANN, an individual,<br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>TUALITY HEALTHCARE,<br>　　　　　　　　　　　Defendant. | Case No. 19CV09834<br><br>SUMMONS |

NOTICE TO DEFENDANT:    **TUALITY HEALTHCARE.**

　　　IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within 30 days from the date of service of this summons on you. If you fail to appear and defend, the plaintiff will apply to the court for the relief demanded in the complaint.

## NOTICE TO DEFENDANT:
## READ THESE PAPERS CAREFULLY

　　　You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

　　　If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen A. Moore*
　　　　　　　　　　　　　　　　　　　　　　　KAREN A. MOORE, OSB 040922, WSB 42476
　　　　　　　　　　　　　　　　　　　　　　　kmoore@wageclaim.org
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　208 E 25th Street
　　　　　　　　　　　　　　　　　　　　　　　Vancouver, WA 98663
　　　　　　　　　　　　　　　　　　　　　　　(360) 566-9243

**STATE OF WASHINGTON, County of Clark ) ss**
　　　I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KAREN A. MOORE, OSB 040922, WSB 42476
　　　　　　　　　　　　　　　　　　　　　　　kmoore@wageclaim.org
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen A. Moore*
　　　　　　　　　　　　　　　　　　　　　　　KAREN A. MOORE, OSB 040922, WSB 42476
　　　　　　　　　　　　　　　　　　　　　　　kmoore@wageclaim.org
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**SCHUCK LAW, LLC**
208 E 25th Street
Vancouver, WA 98663